**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000416
27-OCT-2017
11:27 AM**

NO. CAAP-17-0000416

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


NATIONSTAR MORTGAGE, LLC, Plaintiff-Appellee,
v.
GEORGE KAULANA KAWELO, III and RINA CECILY KAWELO,
Defendants-Appellants,
and
ASSOCIATION OF HOME OWNERS OF WAILANA AT SEA COUNTRY,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2435)


ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon review of the record, it appears that:

(1) On May 12, 2017, Defendants-Appellants George Kaulana Kawelo III and Rina Cecily Kawelo (Appellants), pro se, filed a notice of appeal;

(2) On June 27, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties

that the statement of jurisdiction and opening brief were due on or before July 7, 2017, and August 7, 2017, respectively;

(3) Appellants did not file either document or request an extension of time;

(4) On August 14, 2017, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 24, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants may request relief from default by motion; and

(5) Appellants took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 27, 2017.

Chief Judge

Associate Judge

Associate Judge

2